

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00226-CV

_____

TARRANT APPRAISAL DISTRICT, Appellant

V.

EAGLE MOUNTAIN MARINA & RV PARK, LLC, Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-347277-23

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 6, 2024